SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@socaleag.com

Attorneys for Plaintiff
KENNETH DAVIDSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

KENNETH DAVIDSON,

       Plaintiff,

  vs.

INDUSTRIAL GLASS PRODUCTS, INC.; MARIA ESTHER RAMIREZ, AS TRUSTEE OF THE MARIA ESTHER RAMIREZ LIVING TRUST; and DOES 1 to 10,

       Defendants.

**Case No.: 2:25-cv-07004-SB (MBKx)**

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**

    **PLEASE TAKE NOTICE** that KENNETH DAVIDSON ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

    (a) **Voluntary Dismissal.**

        (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE

1              (i)     A notice of dismissal before the opposing party serves either an

2    answer or a motion for summary judgment.

3    None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for

4    summary judgment.  Accordingly, this matter may be dismissed without an Order of the

5    Court.

6

7    DATED:  August 22, 2025                         **SO. CAL. EQUAL ACCESS GROUP**

8

9

10                                     By:    */s/  Jason J. Kim*

11                                          Jason J. Kim, Esq.

                                       Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**